No. 97–6552. KONOP v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 97–6556. STILES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–6560. VARGAS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–6562. LAGOS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–6563. COMER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–6569. ELAM v. FLORIDA ET AL. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 97–6570. GARCIA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–6571. WRIGHT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–6572. GRIFFIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–6577. SHORTER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–6578. BOVIE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–6579. COTNER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–6580. RAMIREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–6581. ROYBAL v. SHANKS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 97–6585. MOSLEY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–6588. GRAJALES-MONTOYA v. UNITED STATES. C. A. 8th Cir. Certiorari denied.